# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 12 EAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. |
| | : | 1440 EDA 2015 entered on December |
| | : | 12, 2017, **remanding** the Order of the |
| EUGENE LAMONT DAVIS, | : | Philadelphia County Court of Common |
| | : | Pleas at No. CP-51-CR-0009685- |
| Petitioner | : | 2014 entered on April 13, 2015 |

## ORDER

**PER CURIAM**

   **AND NOW**, this 2^(ND) day of July, 2019, the Petition for Allowance of Appeal is **GRANTED**.  The Superior Court's order is **VACATED** and this matter is **REMANDED** to the trial court to reconsider Petitioner's motion to dismiss in light of this Court's decision in *Commonwealth v. Perfetto*, 2019 WL 1866653 (Pa. 2019).